Local Form 005a (5/10)
(formerly DC11, rev. 7/82)

Bobbie Chance Robinson and Commercial Grain
Marketing, LLC v. Michael Shelton Smith
Civil Action No.: 1:18-mi-00095-UNA
Jon David W. Huffman, Esq., as counsel for Plaintiffs

**WRIT OF EXECUTION**

| **United States District Court** | DISTRICT NORTHERN DISTRICT OF GEORGIA |
|---|---|

TO THE MARSHAL OF:

THE NORTHERN DISTRICT OF GEORGIA

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Michael Shelton Smith

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $115,676.26 | and  One hundred fifteen thousand, six hundred seventy-six hundred dollars and twenty six cents. |

in the United States District Court for the NORTHERN District of GEORGIA,

before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Michael Shelton Smith

and also the costs that may accrue under this writ.
     And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE   U.S. DISTRICT COURTHOUSE | DISTRICT   NORTHERN DISTRICT OF GEORGIA |
|---|---|
| CITY   ATLANTA, GEORGIA | DATE |

Witness the Honorable _____
                                              *(United States Judge)*

| DATE | CLERK OF COURT   JAMES N. HATTEN |
|---|---|
|  | (BY) DEPUTY CLERK |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|